

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## NUMBER 13-11-00506-CV

**TEXAS ASSOCIATION OF POLITICAL SUBDIVISIONS INTERLOCAL SELF-INSURANCE LEAGUE, A/K/A TEXAS ASSOCIATION OF POLITICAL SUBDIVISIONS,** Appellant,

v.

**EDCOUCH ELSA INDEPENDENT SCHOOL DISTRICT,** Appellee.

---

## NUMBER 13-11-00507-CV

**TEXAS ASSOCIATION OF PUBLIC EDUCATORS INTERLOCAL SELF-INSURANCE LEAGUE, A/K/A TEXAS ASSOCIATION OF PUBLIC EDUCATORS,** Appellant,

v.

**EDCOUCH ELSA INDEPENDENT SCHOOL DISTRICT,** Appellee.

---

## NUMBER 13-11-00533-CV

**TRIDENT INSURANCE SERVICES, LLC,**                    **Appellant,**

**v.**

**EDCOUCH ELSA INDEPENDENT SCHOOL DISTRICT,**          **Appellee.**

---

## NUMBER 13-11-00534-CV

**ARGO GROUP US, INC. F/K/A ARGONAUT GROUP, INC.,**    **Appellant,**

**v.**

**EDCOUCH ELSA INDEPENDENT SCHOOL DISTRICT,**          **Appellee.**

---

## NUMBER 13-11-00543-CV

**TEXAS ASSOCIATION OF POLITICAL SUBDIVISIONS
INTERLOCAL SELF-INSURANCE LEAGUE, A/K/A
TEXAS ASSOCIATION OF POLITICAL SUBDIVISIONS
AND TEXAS ASSOCIATION OF PUBLIC EDUCATORS
INTERLOCAL SELF-INSURANCE LEAGUE, A/K/A
TEXAS ASSOCIATION OF PUBLIC EDUCATORS,**              **Appellants,**

**v.**

**EDCOUCH ELSA INDEPENDENT SCHOOL DISTRICT,**          **Appellee.**

---

**On appeal from the 389th and 206th District Courts
of Hidalgo County, Texas.**

---

# MEMORANDUM OPINION

## Before Justices Benavides, Vela, and Perkes
## Memorandum Opinion Per Curiam

These appeals were abated by this Court on January 11, 2012, to allow the parties an opportunity to enter into a settlement agreement. These appeals are hereby REINSTATED.

The parties have filed a joint motion to dismiss the appeals on grounds that the parties have reached a settlement of the claims at issue in these appeals. The parties request that this Court dismiss these appeals without regards to the merits, in accordance with the terms of the parties' settlement agreement.

The Court, having considered the documents on file and the joint motion to dismiss the appeals, is of the opinion that the motion should be granted. *See* Tex. R. App. P. 42.1(a). The joint motion to dismiss is granted, and the appeals are hereby DISMISSED. Costs will be taxed against appellants. *See* Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeals at the parties' request, no motions for rehearing will be entertained, and our mandates will issue forthwith.

PER CURIAM

Delivered and filed the
22nd day of March, 2012.

3